UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUANE GALIK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD CRAIG WEISS, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2842-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his amended complaint pursuant to the court's May 22, 2019 order.

Plaintiff's request (ECF No. 10) is granted and plaintiff has 45 days from the date this order is served to file his amended complaint.

So ordered.

Dated: June 26, 2019.

　　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE