UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUANE GALIK,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD CRAIG WEISS, et al.,<br><br>Defendants. | No. 2:18-CV-02842-MCE-EFB<br><br><br><br>**ORDER** |

Plaintiff's Motion for 30-Day Extension of Time (ECF No. 22) and Motion for Reconsideration (ECF No. 23) are DENIED.

IT IS SO ORDERED.

Dated: March 16, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1